IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Marks, Catherine O

Printed: 8/19/08

Case Number: 07 B 14939
Judge: Wedoff, Eugene R
Filed: 8/17/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Dismissed: July 3, 2008
Confirmed: November 1, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 4,598.33 |  |
| Secured: |  | 1,850.01 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,500.00 |
| Trustee Fee: |  | 248.32 |
| Other Funds: |  | 0.00 |
| Totals: | 4,598.33 | 4,598.33 |

## DISBURSEMENT DETAIL

|  | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Dollie I Warren-Reed | Administrative | 2,500.00 | 2,500.00 |
| 2. | Accredited Home Lenders | Secured | 0.00 | 0.00 |
| 3. | Ford Motor Credit Corporation | Secured | 0.00 | 0.00 |
| 4. | Accredited Home Lenders | Secured | 16,852.48 | 1,850.01 |
| 5. | Napus | Unsecured | 5,434.49 | 0.00 |
| 6. | Federated Retail Holdings Inc | Unsecured | 417.52 | 0.00 |
| 7. | Columbus Bank & Trust | Unsecured | 555.70 | 0.00 |
| 8. | Aspire Visa | Unsecured | 584.95 | 0.00 |
| 9. | AmeriCash Loans, LLC | Unsecured | 2,778.39 | 0.00 |
| 10. | Capital One | Unsecured | 789.98 | 0.00 |
| 11. | Brother Loan & Finance | Unsecured | 1,419.56 | 0.00 |
| 12. | ECast Settlement Corp | Unsecured | 519.68 | 0.00 |
| 13. | ECast Settlement Corp | Unsecured | 16,584.27 | 0.00 |
| 14. | Sir Finance Corporation | Unsecured | 1,452.64 | 0.00 |
| 15. | ECast Settlement Corp | Unsecured | 926.86 | 0.00 |
| 16. | Capital One | Unsecured | 617.72 | 0.00 |
| 17. | ECast Settlement Corp | Unsecured | 667.32 | 0.00 |
| 18. | Countrywide Home Loans Inc. | Secured |  | No Claim Filed |
| 19. | WFS Financial | Secured |  | No Claim Filed |
| 20. | Credit Protection Association | Unsecured |  | No Claim Filed |
| 21. | Check N Go | Unsecured |  | No Claim Filed |
|  |  |  | $ 52,101.56 | $ 4,350.01 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Marks, Catherine O | Case Number: 07 B 14939 |
| | Judge: Wedoff, Eugene R |
| Printed: 8/19/08 | Filed: 8/17/07 |

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 248.32 |
| | _____ |
| | $ 248.32 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

